**Wendy C. RUBY, Respondent,**

v.

**CASEY'S GENERAL STORE, INC., and CCMSI, Relators,**

and

**Injured Workers' Pharmacy, Intervenor.**

**No. A11–0964.**

Supreme Court of Minnesota.

Sept. 28, 2011.

DeAnna M. McCashin, Schoep & McCashin, Chtd., Alexandria, MN, for respondent.

Timothy S. Crom, Matthew P. Bandt, Jardine, Logan & O'Brien, P.L.L.P., Lake Elmo, MN, for relators.

Michael J. Patera, MacMillan, Wallace, Athanases & Patera, P.A., Minneapolis, MN, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 29, 2011, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT

/s/David R. Stras
Associate Justice